| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Bluegrass Resources LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    **88-2243609**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **167 Consol Tipple Road** <br> **Deane, KY 41812** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Letcher** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Bluegrass Resources LLC** _____ Case number (*if known*) _____
 Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor **Bluegrass Resources LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Integrity Carbon Solutions LLC** | Relationship | _____ |
| District | **Eastern District of Kentucky** | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
     Contact name  _____
     Phone  _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Bluegrass Resources LLC**  Case number (*if known*)
 Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Bluegrass Resources LLC**        Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2024**
MM / DD / YYYY

**X** **/s/ Paul Lopez**                                         **Paul Lopez**
Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ T. Kent Barber**                                     Date  **June 26, 2024**
Signature of attorney for debtor                               MM / DD / YYYY

**T. Kent Barber**
Printed name

**Embry Merritt Womack Nance, PLLC**
Firm name

**201 East Main Street, Suite 1402**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone  **(859) 543-0453**      Email address  **kent.barber@emwnlaw.com**

**092456 KY**
Bar number and State

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name **Bluegrass Resources LLC** | |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY | |
| Case number (if known) | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 26, 2024**    X **/s/ Paul Lopez**
                                    Signature of individual signing on behalf of debtor

                                    **Paul Lopez**
                                    Printed name

                                    **Chief Executive Officer**
                                    Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bluegrass Resources, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Airgas South** 5500 Industrial Park Rd Norton, VA 24273 | | Trade debt | | | | $2,358.95 |
| **Berman Legal LLC** 90 Post Road West Suite 300 Westport, CT 06880 | | Legal Fees | | | | $7,250.00 |
| **Bulldog** 12565 SE Licking River Rd Salyersville, KY 41465 | | Trade debt | | | | $72,000.00 |
| **Contour Highwall Mining LLC** 2005 Webster Rd Summersville, WV 26651 | | Trade debt | | | | $166,461.74 |
| **Interal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101 | | Taxes owed | | | | $348,494.43 |
| **Interal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101 | | Taxes owed | | | | $1,669.42 |
| **Kanawha Scales and Systems LLC** 8555 Robison Creek RD Virgie, KY 41572 | | Trade debt | | | | $30,617.04 |

Official form 204	Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims	page 1

Debtor **Bluegrass Resources, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kentucky Department of Revenue** Legal Support Branch - Bankruptcy P.O. Box 5222 Frankfort, KY 40602 | | **Taxes** | | | | $40,085.75 |
| **Kentucky Employer's Mutual Insurance** 250 West Main Street, Suite 900 Lexington, KY 40507 | | **Insurance** | | | | $75,908.70 |
| **KY Severance Taxes Department of Revenue** Station Number 33 501 High Street Frankfort, KY 40601 | | **Taxes** | | | | $35,755.00 |
| **Leslie Equipment** P.O. Box 629 Cowen, WV 26206 | | **Trade debt** | | | | $2,213.74 |
| **Megellan Investment Group** George Syllantavos 2 Argyrokastrou Street Voula 16673, Athens, Greece | | **Loan** | | | | $430,000.00 |
| **North Carolina Department of Revenue** PO Box 25000 Raleigh, NC 27640-0002 | | **Taxes** | | | | $1,866.00 |
| **Rudd Equipment Company** P.O. Box 77000 Detroit, MI 48277 | | **Trade debt** | | | | $2,029.25 |
| **Summit Engineering** P.O. Box 3007 Pikeville, KY 41502 | | **Trade debt** | | | | $3,500.00 |
| **Virginia Department of Revenue** P.O. Box 1115 Richmond, VA 23218 | | **Taxes** | | | | $1,678.28 |

Debtor **Bluegrass Resources, LLC**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WV Department of Tax & Revenue Bankruptcy Unit P.O. Box 766 Charleston, WV 25323** | | **Taxes** | | | | **$8,293.00** |

## United States Bankruptcy Court
### Eastern District of Kentucky

In re **Bluegrass Resources, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BlueGrass Mine Funding LLC** <br> **52 Madison Avenue** <br> **42nd Floor** <br> **New York, NY 10022** | | **50%** | **Membership Interest** |
| **Kesson Capital Group LLC PR** <br> **1250 Ave Ponce de Leon STE 301** <br> **San Juan, PR 00907** | | **20%** | **Membership Interest** |
| **RedLeg Capital LLC** <br> **520 Madison Avenue** <br> **42nd Floor** <br> **New York, NY 10022** | | **30%** | **Membership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  06/26/2024

Signature  /s/ Paul Lopez
**Paul Lopez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Bluegrass Resources LLC**  
                            Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the Chief Executive Officer of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **1** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **June 26, 2024**

/s/ Paul Lopez  
**Paul Lopez/Chief Executive Officer**  
Signer/Title

I, **T. Kent Barber**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **1** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **June 26, 2024**

/s/ T. Kent Barber  
Signature of Attorney  
**T. Kent Barber**  
**Embry Merritt Womack Nance, PLLC**  
**201 East Main Street, Suite 1402**  
**Lexington, KY 40507**  
**(859) 543-0453**

Airgas South
5500 Industrial Park Rd
Norton VA 24273

Berman Legal LLC
90 Post Road West Suite 300
Westport CT 06880

BlueGrass Mine Funding LLC
52 Madison Avenue
42nd Floor
New York NY 10022

Bulldog
12565 SE Licking River Rd
Salyersville KY 41465

Contour Highwall Mining LLC
2005 Webster Rd
Summersville WV 26651

Deane Mining LLC
12115 Visionary Way
Suite 174
Fishers IN 46038

Interal Revenue Service
P.O. Box 7346
Philadelphia PA 19101

Interal Revenue Service
P.O. Box 7346
Philadelphia PA 19101

Kanawha Scales and Systems LLC
8555 Robison Creek RD
Virgie KY 41572

Kentucky Department of Revenue
Legal Support Branch - Bankruptcy
P.O. Box 5222
Frankfort KY 40602

Kentucky Employer's Mutual Insurance
250 West Main Street, Suite 900
Lexington KY 40507

Kesson Capital Group Funding LLC
c/o Rappaport & Associates
6 Fermily Lane
Westport CT 06880

Kesson Capital Group LLC PR

1250 Ave Ponce de Leon STE 301
San Juan, PR 00907

KY Severance Taxes
Department of Revenue
Station Number 33
501 High Street
Frankfort KY 40601

Leslie Equipment
P.O. Box 629
Cowen WV 26206

Megellan Investment Group
George Syllantavos
2 Argyrokastrou Street
Voula 16673, Athens, Greece

North Carolina Department of Revenue
PO Box 25000
Raleigh NC 27640-0002

RedLeg Capital LLC
520 Madison Avenue
42nd Floor
New York NY 10022

Rudd Equipment Company
P.O. Box 77000
Detroit MI 48277

Summit Engineering
P.O. Box 3007
Pikeville KY 41502

Virginia Department of Revenue
P.O. Box 1115
Richmond VA 23218

WV Department of Tax & Revenue
Bankruptcy Unit
P.O. Box 766
Charleston WV 25323